88. Plaintiff duly and faithfully performed under the agreement to perform work as a consultant for Valiant during the months of June and July of 2006.

89. The aforementioned agreement was in good faith and was coupled with full performance by Plaintiff.

90. Plaintiff came to realize that Defendant was not paying Plaintiff any compensation for the work performed.

91. Plaintiff demanded his $11,000 paycheck, pursuant to the agreement.

92. To date, Defendant has refused to deliver to Plaintiff the outstanding $11,000 compensation.

93. By reason of the foregoing, Defendant is indebted to Plaintiff for money had and received by Defendant on behalf of Plaintiff and wrongfully withheld, all to the monetary damage of Plaintiff.

## PRAYER FOR RELIEF

**WHEREFORE**, plaintiff Richard Selby respectfully requests that this Court enter a judgment:

A. Finding that Defendant Whitelaw violated: Section 5 of the Securities Act [15 U.S.C. section 77e];

B. Defendant wrongfully misrepresented to Plaintiff that he would invest $50,000 in First Asian Fuel on behalf of Plaintiff, as is alleged in this Complaint; and

C. Finding that Defendant wrongfully misrepresented to Plaintiff he would invest $35,000 in Vemics on behalf of Plaintiff, as is alleged in this Complaint; and

D. Finding that Defendant breached an agreement with Plaintiff by failing to pay him for his work performed for Valiant in June through July 2006; and

E. Order judgment against Defendant in the amount of $96,000 as is the equivalent of Plaintiff's investments in First Asian Fuel and Vemics (totaling $85,000), in addition to, the outstanding $11,000 of compensation owed for work performed at Valiant;

F. Interest at a rate to be determined by the Court;

G. Costs associated with bringing this action including attorney's fees, filing fees, and service fees.

H. Such further relief as this Court deems fair and reasonable.

Dated: August 17, 2010

New York, New York

Respectfully Submitted,

*Bridget Butler*

Bridget Butler, Esq.
Attorney for Plaintiff, RICHARD SELBY
Law Office of Bridget E. Butler, Esq.
12 Desbrosses Street
New York, New York 10013
(917) 328-7144